No. 619. ROBERT H. DOWNMAN ET AL., PETITIONERS, *v.* GERMAN INSURANCE COMPANY OF FREEPORT, ILL. April 6, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. H. N. Atkinson* for petitioners. No appearance for respondent.

No. 630. UNITED STATES, PETITIONER, *v.* ALFRED R. MULLINS. April 6, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Solicitor General Richards* for petitioner. *Mr. Alexander Pope Humphrey* for respondent.

No. 633. WEEKER GIVEN, PETITIONER, *v.* TIMES-REPUBLICAN PRINTING COMPANY ET AL. April 6, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. A. A. Lipscomb* for petitioner. *Mr. A. B. Cummins, Mr. Wm. W. Dudley* and *Mr. Louis T. Michener* for respondents.

No. 631. JOHN R. CLARKE, PETITIONER, *v.* TOWN OF NORTHAMPTON. April 20, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Fayette B. Tiffany, Mr. Henry J. Cookinham* and *Mr. John M. Thurston* for petitioner. *Mr. Fred. Linus Carroll* and *Mr. Andrew J. Nellis* for respondent.

No. 663. RALPH MOORE, ETC., PETITIONER, *v.* SOUTHERN RAILWAY COMPANY. April 20, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Henry H. Ingersoll* for petitioner. *Mr. W. A. Henderson* and *Mr. Leon Jourolmon* for respondent.

No. 652. H. BAUENDAHL & Co., PETITIONERS, *v.* JACOB S.